GASPARE PUCCIO, Appellant, *v.* METROPOLITAN JOCKEY CLUB, Respondent.

Argued January 7, 1943; decided February 25, 1943.

*Harry Fieldsteel, Vincent P. Rao* and *Anthony J. Siminerio* for appellant.

*Olin S. Nye* and *Reginald V. Spell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.